Per Curiam.

(No. 7106)

Robert P. Ryan, Ph.D., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed March 2, 1973.*

Dr. Robert P. Ryan, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.